**Jo BENOIT, a/k/a Elissa Jo Benoit, Petitioner-Appellant,**

v.

**Barbara RICKARD, Warden, Respondent-Appellee.**

No. 17-6487

United States Court of Appeals, Fourth Circuit.

Submitted: July 20, 2017

Decided: July 25, 2017

Jo Benoit, Appellant Pro Se. Stephen Michael Horn, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

---

Before DUNCAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jo Benoit, a federal prisoner, appeals the district court's order accepting the magistrate judge's recommendation to dismiss her 28 U.S.C. § 2241 (2012) petition and denying her motion for reconsideration of the denial of her motions to compel. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we deny her motion to compel in this court and affirm for the reasons stated by the district court. *Benoit v. Rickard*, No. 1:16-cv-00073, 2017 WL 495612 (S.D.W. Va. Feb. 7, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*